BRIDGEPORT–CITY TRUST COMPANY, Surviving Trustee of the ESTATE OF I. DeVer WARNER, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.

No. 324.

Circuit Court of Appeals, Second Circuit.

July 6, 1936.

Arthur M. Marsh, of Bridgeport, Conn., for petitioner.

Robert H. Jackson, Asst. Atty. Gen., and Sewall Key and John M. Hudson, Sp. Assts. to Atty. Gen., for respondent.

Before L. HAND, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

PER CURIAM.

Decision affirmed on authority of Helvering v. Butterworth (In re Pardee), 290 U.S. 365, 54 S.Ct. 221, 78 L.Ed. 365, and Warner v. Commissioner, 66 F.(2d) 403 (C. C.A.2).